No. 79–190.   GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP. ET AL.   Sup. Ct. N. M.   Certiorari denied.   MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 79–337.   ILLINOIS *v.* TROLIA.   App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 78–6475.   HAUGHEY *v.* NEW YORK STATE BOARD OF LAW EXAMINERS, 441 U. S. 964.   Petition for rehearing denied.

OCTOBER 15, 1979

No. 79–287.   CHICAGO SHERATON CORP. *v.* ZABAN ET AL. C. A. 7th Cir.   Certiorari dismissed under this Court's Rule 60.

No. 79–349.   MALONE, COMMISSIONER OF LABOR AND INDUSTRY OF MINNESOTA *v.* WHITE MOTOR CORP. ET AL.   Affirmed on appeal from C. A. 8th Cir.   *Allied Structural Steel Co.* v. *Spannaus,* 438 U. S. 234 (1978).   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 79–5244.   DAWSON *v.* DAWSON.   Appeal from Ct. App. D. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.